# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CLESTER BILLS**                                                              **PLAINTIFF**

v.                   **CASE NO.  3:16-CV-00282 BSM**

**SHON RANNEY, et al.**                                            **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 4] has been reviewed. Plaintiff Clester Bills has not filed objections. After reviewing the record, the recommended disposition is adopted in its entirety. Accordingly, this case is dismissed without prejudice for failure to state a claim, and this dismissal counts as a strike pursuant to 28 U.S.C. § 1915A.

IT IS SO ORDERED this 15th day of November 2016.

_____
UNITED STATES DISTRICT JUDGE