# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**CLESTER BILLS**                                                                **PLAINTIFF**

**v.**                          **CASE NO.  3:16-CV-00282 BSM**

**SHON RANNEY, et al.**                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of November 2016.

_____
UNITED STATES DISTRICT JUDGE